**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL LEON WILLIAMS,<br><br>                          Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                          Defendants. | 3:23-cv-00153-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 9 |

In view of Defendant's Notice of Settlement (ECF No. 9), the Early Mediation Conference set on **Tuesday, October 31, 2023, at 1:00 p.m.** is <u>**VACATED**</u>.  The parties shall have to and including **Monday, December 4, 2023**, in which to file their Stipulation to Dismiss.

**IT IS SO ORDERED.**

DATED: October 11, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1