UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL LEON WILLIAMS,

Plaintiff,

vs.

STATE OF NEVADA, et al.

Defendants.

Case No. 3:23-cv-00153-ART-CSD

**ORDER GRANTING**

STIPULATION TO DISMISS
THIS CASE WITH PREJUDICE

The Parties, Plaintiff, MICHAEL LEON WILLIAMS, and Defendants STATE OF NEVADA, JUSTIN ZYSMAN, DANIEL OMLER, WILLIAM MILLER, NETHANJAH BREITENBACH and FERNANDEIS FRAZIER, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Janet L. Merrill, Deputy Attorney General, hereby stipulate and agree that this matter be dismissed with prejudice by Order of this Court,

////
///
////
///
////
///
////

1

each party to bear their own attorney's fees and costs.

DATED this 2nd of October 2023.

By: /s/ Michael L. Williams
MICHAEL LEON WILLIAMS
Plaintiff #63077

DATED this 27th of November 2023.

AARON D. FORD
Attorney General

By: /s/
JANET L. MERRILL (Bar No. 10736)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

DATED: November 29, 2023

2